UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RANDY JOSEPH FRICKEY**                    **CIVIL ACTION**

**VERSUS**                                  **NO. 14-1922-SM-SS**

**CAROLYN COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**

**ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that (1) the cross-motion of the defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, for summary judgment (Rec. Doc. 13) is **GRANTED**, (2) the motion of the plaintiff, Randy Joseph Frickey, for summary judgment (Rec. Doc. 11) is **DENIED**; (3) the Commissioner's decision is **AFFIRMED**; and (4) this action is **DISMISSED** with prejudice.

New Orleans, Louisiana this 13th day of July, 2015.

_____
Susie Morgan
United States District Judge